No. 11–1435. BOLMER v. CONNOLLY PROPERTIES, INC., ET AL. C. A. 3d Cir. Certiorari denied. 

No. 11–1436. TAYLOR ET AL. v. AVERILL ET AL. C. A. 9th Cir. Certiorari denied. 

No. 11–1437. WEBSTER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 11–1438. TALEFF ET AL. v. SOUTHWEST AIRLINES CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–1439. TRIPODI v. NORTH COVENTRY TOWNSHIP, PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied. 

No. 11–1440. CAROLINA CHLORIDE, INC. v. RICHLAND COUNTY, SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. 

No. 11–1441. WATSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–1442. MICELI v. LAKELAND AUTOMOTIVE CORP. Super. Ct. N. J., App. Div. Certiorari denied.

No. 11–1443. ROHR v. INDIANA. Ct. App. Ind. Certiorari denied. 

No. 11–1444. HUSSEIN v. NEVADA SYSTEM OF HIGHER EDUCATION ET AL.; and
No. 11–1445. DICKERSON v. NEVADA SYSTEM OF HIGHER EDUCATION ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 458 Fed. Appx. 659.

No. 11–1446. SINGH v. GEORGE WASHINGTON UNIVERSITY SCHOOL OF MEDICINE AND HEALTH SCIENCES ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 11–1449. WRIGHT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 11–1452. HULIHAN v. CIRCLE K STORES. C. A. 9th Cir. Certiorari denied. 

No. 11–1455. HUSAIN v. MAHMOOD. Ct. App. Cal., 1st App. Dist. Certiorari denied.